[No. 63338-4-I.   Division One.   May 17, 2010.]

FRIENDS OF CEDAR PARK NEIGHBORHOOD, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29531-1, Paris K. Kallas, J., entered March 18, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ. Now published at 156 Wn. App. 633.

[No. 63701-1-I.   Division One.   May 17, 2010.]

INTERASCO (GENEVA) SA, INC., *Respondent*, v. OTAN INVESTMENTS, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19200-6, Jim Rogers, J., entered June 17, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 63864-5-I.   Division One.   May 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIELLE OLAGUE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-8-00113-7, Katherine M. Stolz, J., entered September 19, 2008. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 64765-2-I.   Division One.   May 17, 2010.]

*In the Matter of the Personal Restraint of* JEREMY JOSEPH SIMMONS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.